BEFORE THE THIRD DIVISION, DECEMBER 18, 1946

No. 51481.—Protests 65765–K, etc., of Wm. Zakon & Sons, Inc., et al. (Boston and Buffalo).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

DECEMBER 18, 1946

No. 51482.—SUIT 4541.——*United States* v. *Washington State Liquor Control Board.* Abstract 50674 affirmed November 4, 1946. C. A. D. 352.

DECEMBER 20, 1946

No. 51483.—SUIT 4540.——*J. L. Hopkins & Co., Inc.* v. *United States.* Abstract 50721 reversed November 4, 1946. C. A. D. 344.

BEFORE THE SECOND DIVISION, DECEMBER 27, 1946

No. 51484.—Protests 494646–G, etc., of Lewis & Locke et al. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiffs was sustained.

No. 51485.—Protests 623032–G, etc., of Alfred Friedman Co., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

No. 51486.—Protests 650656–G, etc., of Julius Kayser & Co. (New York).